No. 09–1565. AFZAL v. PARK STREET TITLE, INC. Ct. App. D. C. Certiorari denied.

No. 09–1566. WALSH-FAUCHER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied.

No. 09–1568. MOORE ET AL. v. LAKE COUNTY DEPARTMENT OF JOB AND FAMILY SERVICES ET AL. C. A. 6th Cir. Certiorari denied.

No. 09–1569. BAPTE, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BAPTE, DECEASED, ET AL. v. WEST CARIBBEAN AIRWAYS ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–1570. ROBLETO-PASTORA v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 09–1571. MCALARY ET UX. v. OKLAHOMA EX REL. OKLAHOMA DEPARTMENT OF HUMAN SERVICES ET AL. Ct. Civ. App. Okla. Certiorari denied.

No. 09–1573. CAPOGROSSO v. SUPREME COURT OF NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–1574. MORGAN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 09–1575. RIVERVIEW HEALTH INSTITUTE LLC ET AL. v. MEDICAL MUTUAL OF OHIO ET AL. C. A. 6th Cir. Certiorari denied.

No. 09–1577. BAKER v. BOOZ ALLEN HAMILTON, INC. C. A. 4th Cir. Certiorari denied.

No. 09–1579. SPEAR v. GENERAL MOTORS CORP. Ct. Sp. App. Md. Certiorari denied.

No. 09–1580. PROSPER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 09–8375. SCHULTZ v. HALPIN ET AL. Sup. Ct. Ill. Certiorari denied.